Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue, Ste 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| Kevin Zimmerman,<br><br>    Plaintiff,<br><br>v.<br><br>CK Parcels, LLC,<br><br>    Defendant. | Civil Action No: 2:17-cv-01430-GMN-GWF<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Kevin Zimmerman, hereby voluntarily dismisses this Action without prejudice.

**RESPECTFULLY** submitted on this 24th day of January 2018.

                */s/ Whitney C. Wilcher*
                Whitney C. Wilcher, Esq.
                THE WILCHER FIRM
                Nevada State Bar No. 7212
                8465 West Sahara Ave, Ste 111-236
                Las Vegas, NV 89117
                (702) 466-1959
                Email: wcw@nevadaada.com
                *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

    I hereby certify that on this 24th day of January 2018, I electronically transmitted the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record:

Lucas Tucker
Nevada Attorney General
10791 West Twain Ave., Ste 100
Las Vegas, NV 89135
702-486-3256
Fax: 702-486-3283
Email: ltucker@ag.nv.gov
*Attorney for Defendant-Intervenor*

    I also hereby certify that on this 24th day of January 2018, I caused a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** to be served via first class U.S. Mail, postage prepaid to the following:

CK Parcels, LLC
2548 Wigwam Pkwy
Henderson, NV 89074
*Defendant*
*Sent via U.S Mail*

*/s/ Lisa Stamper**

(* *I certify that I have the signed original of this document which is available for inspection during normal business hours by the Court or a party to this action*)